STATE OF NEW JERSEY v. JAMES FLUDD.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FLORENCE GORMAN AND
LANCE RAKOWSKI.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL SMALL.

October 4, 1984.

Petition for certification denied.

SETON COMPANY v. CITY OF NEWARK.

October 4, 1984.

Petition for certification denied.   (See 194 *N.J.Super.* 499)